IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-93-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **DEFAULT** |
| HARRIS PERSONAL PROPERTY, ) | |
| SPECIFICALLY DESCRIBED AS: ) | |
| A MOSSBERG, 12 GAUGE SHOTGUN, ) | |
| MODEL 500A, SERIAL NUMBER L615961; ) | |
| A BSA 12 GAUGE SHOTGUN, MODEL SA212,) | |
| SERIAL NUMBER 18151; AND ANY AND ) | |
| ALL ACCOMPANYING AMMUNITION, ) | |
| ) | |
| Defendants. ) | |

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 15th day of March, 2012.

**JULIE A. RICHARDS, CLERK**

BY: _Julie A. Richards_
Clerk
United States District Court